ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of - | ) |
| | ) |
| ServeFed, Inc. | ) ASBCA No. 63290 |
| | ) |
| Under Contract No. W81K00-19-P-0137 | ) |

APPEARANCE FOR THE APPELLANT:     Edward J. Tolchin, Esq.
                                                                   Offit Kurman, PA
                                                                   Bethesda, MD

APPEARANCES FOR THE GOVERNMENT:     Dana J. Chase, Esq.
                                                                         Army Chief Trial Attorney
                                                                         LTC Michael R. Tregle, Jr., JA
                                                                         Trial Attorney

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  March 7, 2024

_James R. Sweet_

JAMES R. SWEET
Administrative Judge
Armed Services Board
of Contract Appeals


I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 63290, Appeal of ServeFed, Inc., rendered in conformance with the Board's Charter.

Dated:  March 7, 2024

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals